3:13-cv-00472-DRH-SCW

April 12, 2013

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.com

CASE No. 2013 L 000585

DATE: April 11, 2013

ANDREW H. SCHMITT

PLAINTIFF

VS.

BOMMARITO NORTH COUNTY INC FKA BOMMARITO HONDA INC
RA-JOHN BOMMARITO
330 BROOKES DRIVE
HAZELWOOD, MO 63042

DEFENDANT

DEFENDANT:   BOMMARITO NORTH COUNTY INC FKA BOMMARITO HONDA INC

   You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

   This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this April 12, 2013 .

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

BY: [signature]
Deputy Clerk

==================================================================================================

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
DAVID M. DUREE
312 S LINCOLN AVE
O'FALLON, IL 62269

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities.  Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**

EXHIBIT
A

## IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

ANDREW HAROLD SCHMITT )
)
      Plaintiff, )
vs. )
)
U.S. BANK )
Serve at: )
100 E. Market Street )
Troy, IL 62294 )
And )
MELISSA TURNER )
Serve at: )
2420 Rustic Ridge Drive, Apt. E )
St. Louis, MO 63114-1629 )
And )
AMERICAN HONDA FINANCE )
CORPORATION )
Serve Registered Agent at: )
The Corporation Company )
120 South Central Avenue )
Clayton, MO 63105 )
And )
UNITED RECOVERY SYSTEMS, LP )
Serve at: )
5800 North Course Drive )
Houston, TX 77072 )
And )
MONARCH RECOVERY MANAGEMENT )
INC. )
Serve Registered Agent at: )
CT Corporation System )
208 S. LaSalle Street, Suite 814 )
Chicago, IL 60604 )
And )
BOMMARITO NORTH COUNTY, INC. )
f/k/a BOMMARITO HONDA, INC. )
Serve Registered Agent, John Bommarito: )
330 Brookes Drive )
Hazelwood, MO 63042 )
)
      Defendants. )

Case No. ꓱꓱ ꓱꓱꓱꓱ



CLERK OF CIRCUIT COURT # 82
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

APR 1 1 2013

**PLAINTIFF DEMANDS TRIAL
BY A JURY OF TWELVE ON
ALL CLAIMS AND ISSUES**

**COMPLAINT AND JURY
DEMAND**

## COMPLAINT AND JURY DEMAND

COMES NOW Plaintiff, Andrew H. Schmitt, for his Complaint and Jury Demand, and states:

## COUNT I

## (FRAUD AGAINST ALL DEFENDANTS)

1.    Plaintiff, Andrew Harold Schmitt, is an individual, a citizen of the State of Illinois and a resident of Madison County, Illinois, residing at 8 Wheat Drive, Troy, Illinois.

2.    Defendant, U.S. Bank, is a bank conducting, and authorized to conduct, a banking business in the States of Missouri and Illinois, among other states.

3.    Defendant, American Honda Finance Corporation, is a corporation authorized to conduct and conducting the business of financing the sale of Honda automobiles within the States of Missouri and Illinois, among other states.

4.    Defendant, United Recovery Systems, LP, is a debt collecting limited partnership licensed as a debt collector by the State of Illinois, which is engaged in the business of collecting debts within the State of Illinois and elsewhere.

5.    Defendant, Monarch Recovery Management, Inc., is a debt collecting corporation, licensed to collect debts within the State of Illinois, which is engaged in the business of collecting debts within the State of Illinois and elsewhere.

6.     Defendant, Bommarito North County, Inc., f/k/a Bommarito Honda, Inc. (hereinafter known as "Bommarito Honda") is a Honda automobile distributor with a sales office located in or near St. Louis County. It is a corporation organized and existing under the laws of the State of Missouri.

7.     Defendant, Melissa Turner, is an individual, a citizen of the State of Missouri and a resident of St. Louis County, Missouri.

8.     Plaintiff previously maintained a checking account with U.S. Bank at its Troy, Illinois location.

9.     Plaintiff is single. On information and belief the Defendant, Melissa Turner, is single. Plaintiff dated Melissa Turner for about four months from approximately April to August 2011.

10.    During, about, August 2011, Defendant Melissa Turner stole Plaintiff's identification information, including his Social Security Card and the fact that he had a checking account with the Troy, Illinois branch of U.S. Bank. Plaintiff was unaware of the theft at that time.

11.    Defendant Melissa Turner used Plaintiff's Social Security number and related identity information to access Plaintiff's checking account with U.S. Bank through a branch of U.S. Bank in or near St. Louis County, Missouri.

12.    Defendant Melissa Turner then obtained, from U.S. Bank, debit card privileges on Plaintiff's bank account and using a debit card depleted Plaintiff's bank account balance with U.S. Bank and charged additional amounts to Plaintiff's bank account, using the debit card and/or similar methods.

Andrew Harold Schmitt vs. U.S. Bank, et al.

13.     Using Plaintiff's Social Security Number and related identification information, Defendant Melissa Turner purchased a 2011 Honda Fit Sport automobile from Bommarito Honda during 2011, in Plaintiff's name, and entered into a financing agreement for the purchase of that automobile with American Honda Finance Corporation to finance the purchase of the automobile.

14.     Plaintiff was unaware that Melissa Turner had purchased the 2011 Honda Fit Sport automobile, in his name, or that she had financed it, also in his name.

15.     Plaintiff did not appear at the sales offices of Bommarito Honda, did not execute any documents agreeing to purchase the 2011 Honda Fit Sport automobile did not execute any documents for the financing of the purchase of that automobile, and did not authorize Melissa Turner or anyone else on his behalf to execute purchase documents and financing documents in his name.

16.     Defendant, U.S. Bank, knew that Plaintiff did not authorize Melissa Turner to have access to Plaintiff's account and that Plaintiff did not authorize Melissa Turner to obtain a debit card on Plaintiff's account.

17.     Defendants, Bommarito Honda and American Honda Finance Corporation, knew that Plaintiff did not execute the documents for the purchase of the 2011 Honda Fit Sport automobile and that Plaintiff did not execute the documents for the financing of that automobile.

18.     Plaintiff was unaware that Melissa Turner had accessed his account with U.S. Bank and was unaware that she had purchased, in his

Andrew Harold Schmitt vs. U.S. Bank, et al.

name, the 2011 Honda Fit Sport automobile and had financed it, in his name, until after Plaintiff stopped dating Melissa Turner during August 2011.

19.    Plaintiff did not learn about the purchase and financing of the 2011 Honda Fit Sport automobile in his name until agents of Bommarito Honda and American Honda Finance Corporation appeared at Plaintiff's residence in Troy, Illinois seeking to repossess the 2011 Honda Fit Sport automobile.

20.    Plaintiff has never seen, or driven, the 2011 Honda Fit Sport automobile.

21.    Upon learning that Melissa Turner had withdrawn money from his account and had used a debit card to create a negative balance in that account, Plaintiff contacted U.S. Bank and notified it that Melissa Turner was not an authorized party to this account, was not authorized to withdraw money from this account and was not authorized to obtain a debit card for this account.

22.    Instead of refunding the wrongfully withdrawn sums from Plaintiff's account, Defendant, U.S. Bank, notified Equifax Information Services, LLC and Experian and TransUnion that Plaintiff was a debtor with an unpaid account, and retained Monarch Recovery Management, Inc. to collect the alleged debt, which in turn, with this knowledge, sent demand letters to Plaintiff, including the one attached hereto as Exhibit A, dated June 5, 2012.

Andrew Harold Schmitt vs. U.S. Bank, et al.

23.    U.S. Bank also sent demands for payment directly to Plaintiff, including the demand for payment of May 2, 2012, attached hereto as Exhibit B.

24.    After the attempt to reposes the 2011 Honda Fit Sport automobile from Plaintiff at his residence in Troy, Illinois, Plaintiff contacted Bommarito Honda and American Honda Finance Corporation and demanded that they acknowledge that Plaintiff did not purchase the automobile, did not agree to finance the automobile under a retail installment loan contract, did not have possession of the automobile and demanded that they notify the above-described credit reporting agencies that Plaintiff was not indebted to either Bommarito Honda or American Honda Finance Corporation.  As part of that process Plaintiff completed an Affidavit on a form provided by American Honda Finance Corporation stating under oath that he did not purchase the automobile and that he did not execute the retail installment loan contract.

25.    Instead of acknowledging that Plaintiff did not purchase the automobile and did not enter into the retail installment loan contract, Defendants, Bommarito Honda and American Honda Finance Corporation, notified Equifax Information Services, LLC, Experian and TransUnion that Plaintiff was indebted to them in the sum of about $8,846.98 and contracted with United Recovery Systems, LP, which in turn, with knowledge of these facts, sent Plaintiff dunning letters demanding payment of the type dated December 15, 2011 and attached hereto, in two pages, as Exhibit C.

Andrew Harold Schmitt vs. U.S. Bank, et al.

26. At all times herein relevant Defendants, U.S. Bank, Melissa Turner, American Honda Finance Corporation, United Recovery Systems, LP, Monarch Recovery Management, Inc. and Bommarito North County, Inc. f/k/a Bommarito Honda, Inc., acted in concert with knowledge that Plaintiff did not authorize Melissa Turner to access his bank account with U.S. Bank and did not authorize Melissa Turner, or anyone else, to purchase the 2011 Honda Fit Sport automobile in his name and to enter into the installment retail loan contract to finance that purchase.

27. As a result of these fraudulent actions by the Defendants, Plaintiff has sustained damages by suffering the loss of funds from his bank account and emotional distress, shame and humiliation, mental anguish and the loss of his time in attempting to clear his name on these accounts, all to his damages in a sum in excess of $100,000.00.

28. Each of the Defendants acted willfully, wantonly, maliciously, outrageously and without just cause or expense warranting an award of punitive damages in favor of Plaintiff, and separately as to each Defendant, in the sum of $500,000.00 against Defendant Melissa Turner, in the sum of $500,000.00 against Defendant U.S. Bank, in the sum of $500,000.00 against Defendant American Honda Finance Corporation, in the sum of $500,000.00 against Defendant United Recovery Systems, LP, in the sum of $500,000.00 against Defendant Monarch Recovery Management, Inc. and in the sum of $500,000.00 against Defendant Bommarito North County, Inc. f/k/a Bommarito Honda, Inc.

Andrew Harold Schmitt vs. U.S. Bank, et al.

29.   Plaintiff demands trial by a jury of twelve on all claims and all issues.

WHEREFORE, under Count I, Plaintiff, Andrew Harold Schmitt, prays for compensatory damages in the sum of $100,000.00 against Defendants, U.S. Bank, Melissa Turner, American Honda Finance Corporation, United Recovery Systems, LP, Monarch Recovery Management, Inc. and Bommarito North County, Inc. f/k/a Bommarito Honda, Inc., jointly and severally, and for additional amounts for punitive damages separately against Defendant, U.S. Bank in the sum of $500,000.00 and for punitive damages separately against Defendant, Melissa Turner, and for punitive damages separately against Defendant, American Honda Finance Corporation in the sum of $500,000.00 and for punitive damages separately against Defendant, United Recovery Systems, LP in the sum of $500,000.00 and for punitive damages separately against Defendant, Monarch Recovery Management, Inc. in the sum of $500,000.00 and for punitive damages separately against Defendant, Bommarito North County, Inc. f/k/a Bommarito Honda, Inc. in the sum of $500,000.00, plus court costs.

## COUNT II

### (VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT, AGAINST DEFENDANTS U.S. BANK, AMERICAN HONDA FINANCE CORPORATION, UNITED RECOVERY SYSTEMS, LP, MONARCH RECOVERY MANAGEMENT, INC. AND BOMMARITO NORTH COUNTY, INC. F/K/A BOMMARITO HONDA, INC.)

30.   Plaintiff reallges and incorporates herein by reference ¶¶ 1-28.

31. Defendants, U.S. Bank, American Honda Finance Corporation, United Recovery Systems, LP, Monarch Recovery Management, Inc. and Bommarito North County, Inc. f/k/a Bommarito Honda, Inc., and each of them, were at all times herein relevant engaged in the conduct of trade and/or commerce within the State of Illinois as defined by 815 ILCS § 505/1 and 2 by lending money, by repossessing automobiles, by foreclosing on delinquent loans, by selling, and advertising for sale, automobiles and by collecting debts and attempting to collect debts.

32. The Defendants named in ¶ 31 above, and each of them, engaged in unfair and/or deceptive acts or practices through the employment and use of deception, fraud, false pretenses, false promises, misrepresentations, concealment, suppression and/or omission of material facts with the intent that other rely upon such concealment, suppression, false representations and/or omissions, as more specifically described in ¶¶ 1-28 above, all in violation of 815 ILCS § 505/2, including but not limited to Subsections 2a, 2RR and 2VV.

33. As a result of the violations of the Consumer Fraud and Deceptive Business Practices Act, described above, by the Defendants identified in ¶ 31 above, and each of them, Plaintiff sustained actual damages in a sum in excess of $100,000.00, and has, and will, incur attorney's fees in a sum in excess of $50,000.00, which Plaintiff is entitled to recover from the Defendants, jointly and severally, pursuant to 815 ILCS § 505/10(a).

Andrew Harold Schmitt vs. U.S. Bank, et al.

34.   The conduct of the Defendants, and each of them, was outrageous, willful, wanton and malicious, warranting an award of punitive damages in favor of Plaintiff and against Defendants in the amount of $500,000.00 against U.S. Bank in the sum of $500,000. and for punitive damages separately against Defendant, American Honda Finance Corporation in the sum of $500,000.00 and for punitive damages separately against Defendant, United Recovery Systems, LP in the sum of $500,000.00 and for punitive damages separately against Defendant, Monarch Recovery Management, Inc. in the sum of $500,000.00 and for punitive damages separately against Defendant, Bommarito North County, Inc. f/k/a Bommarito Honda, Inc. in the sum of $500,000.00, pursuant to 815 ILCS § 505/10(a).

35.   An Affidavit of the jurisdictional amount claimed by Plaintiff is attached hereto.

WHEREFORE, under Count II, Plaintiff, Andrew Harold Schmitt, prays for Judgment against Defendants, U.S. Bank, American Honda Finance Corporation, United Recovery Systems, LP, Monarch Recovery Management, Inc. and Bommarito North County, Inc. f/k/a Bommarito Honda, Inc., jointly and severally, in the sum of $100,000.00 for compensatory damages, plus $50,000.00 for attorney's fees, jointly and severally, plus the additional sum of $500,000.00 against Defendant U.S. Bank for punitive damages, plus the additional sum of $500,000.00 against Defendant American Honda Finance Corporation for punitive damages, plus the additional sum of $500,000.00 against Defendant United Recovery Systems, LP for punitive damages, plus the

Andrew Harold Schmitt vs. U.S. Bank, et al.

additional sum of $500,000.00 against Defendant Monarch Recovery Management, Inc. for punitive damages, plus the additional sum of $500,000.00 against Defendant Bommarito North County, Inc. f/k/a Bommarito Honda, Inc. for punitive damages, plus court costs.

David M. Duree, ARDC 0697087
David M. Duree & Associates, P.C.
312 South Lincoln Avenue
P.O. Box 1416
O'Fallon, IL 62269
Tel: 618-628-0186
Fax: 618-628-0259
Email: law@dmduree.net

*Attorneys for Plaintiff, Andrew Harold Schmitt*

# MONARCH
### Recovery Management, Inc.

10965 Decatur Road
Philadelphia PA 19154-3210
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account # | ********695802 |
| Monarch File # | 23866593 |
| Total Balance as of 05 JUN 2012 | $2312.34 |

June 5, 2012

Make Check Payable to: Monarch Recovery

23866593-T70      804012976
|ı|lı|[ıı]|[lılıl|ll]|[lı|ılı[lllı||lı|ıılı|lllıı|ıl]ı|ıl]ı|l|ıp|
ANDREW H SCHMITT
8 Wheat Dr
Troy IL 62294-2230

MONARCH RECOVERY MANAGEMENT, INC.
P.O. BOX 21089
PHILADELPHIA PA 19114-0589

* Detach and Return Top Portion to Expedite Your Account *

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Date of letter: | June 5, 2012 | Creditor: | U.S. BANK |
| Account #: | ********695802 | | |
| Monarch File #: | 23866593 | Additional Information: | |
| Total Balance as of 05 JUN 2012: $2312.34 | | | |

This is to advise you that your account has been transferred to our office for collection by U.S. BANK .

As of the date of this letter, you owe $2312.34. The amount due on the day you pay may be greater as interest, late fees, and other charges may be added by the creditor. Hence, if you pay the total balance due shown above, an adjustment may be necessary after we receive your payment. You may call us at 1-800-220-0605 at any time to check your outstanding balance.

If you choose not to pay the balance in full, the creditor is willing to accept a settlement of 70% of the total balance due, which is *** $1618.64 *** as of the date of this letter. Please note that this settlement amount will change if the total balance due changes. This offer does not cancel nor override your dispute rights set forth below.

Whenever $600.00 or more of a debt is forgiven as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt forgiven to the IRS on a 1099C form, a copy of which would be mailed to you by the creditor.  If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. If you pay us by check or check by phone, your transaction will be converted to an ACH. Additionally, the check writer authorizes Monarch or its agent to re-present the check electronically if the check is returned for insufficient or uncollected funds. A returned check charge of $3.00 may be added to your account if such check is ultimately returned as unpaid.

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there will not be any more contact or that we intend to take a specific action.

If you have a complaint about the way we are collecting this debt, please write to our Compliance Center at 10965 Decatur Road, Philadelphia, PA 19154, email us at compliance@monarchrm.com, or call us toll-free at 1-800-220-0605 ext. 2261, between 9:00 A.M. Eastern Time and 5:00 P.M. Eastern Time Monday-Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave. NW, Washington, DC 20580.

Yours truly

AMBER BARNES, DEBT COLLECTOR EXT 2686

392CZMORM01_T70

Monarch Recovery Management, Inc.  •  10965 Decatur Road  •  Philadelphia, PA 19154
1(800) 220-0605 or 1(215) 281-7500  •  Hours: M-TH 8am – 11pm, F 8am – 5pm

**EXHIBIT A**

**US bank.**

P.O. BOX 5227
CN-OH-W15
CINCINNATI   OH 45202-5227

00022

May 2, 2012

|||ı||ʰıʲ||ᴴıₙ||||ᴴıₙ||ᴵʰ|ₚʰₙₙₗ||ʰₙᴹᵤₗₚₗₙ|||ᴵᵗᵤⱼ||ᵗₚᴵ||ᵤₙₗ|ᴵᵗᵗᵗ

000003284 1 SP 0.450 106481585776924 P

ANDREW H SCHMITT
8 WHEAT DR
TROY IL 62294-2230

Account Number: LOC152311695802

Current Balance: $2,314.71

Dear ANDREW H SCHMITT:

Your account referenced above is seriously delinquent and has now been removed from our regular collection file and placed for review by a Recovery Specialist. We are now in the process of reviewing our legal options for collection of the above balance owed. If you wish to pay your balance due at this time, we suggest you contact our office as soon as possible. We have made several attempts to assist you in the past in making arrangements to keep your account current; however, you have failed to do so. Under the terms of your agreement with , you may be liable for court cost and attorneys' fees if a judgment is taken against you in this matter. Please contact me immediately so that we may make arrangements to resolve your obligations to .

You have the option to correspond with us via e-mail regarding this account. Because your privacy and security is of the utmost importance, we require that you first register on our Secure Mail site at https://securemail.usbank.com. Once registered, please select "New Message" from the left hand column and send your questions/comments, along with your full name and account number, to Collections@USBank.com. You will receive a response to your inquiry within 24 hours. Correspondence received on Fridays will be responded to no later than the close of business on the following Monday.

Sincerely,

Sheila Estes
RECOVERY DEPARTMENT
877-457-3544
COLLECTIONS@USBANK.COM

**EXHIBIT B**

This letter is an attempt to collect a debt and any information obtained will be used for that purpose, unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days after receipt of this notice, the debt will be assumed to be valid. If you notify this office in writing within that 30-day period that the debt, or any portion thereof, is disputed, verification of the debt will be obtained and a copy of such verification will be mailed to you. Also, if the name of the original creditor is different from the creditor identified above, upon your written request made within that 30-day period, you will be provided with the name and address of the original creditor.



RR01

5800 North Course Drive
Houston, Texas 77072

UNITED RECOVERY SYSTEMS LP
WWW.URS.COM

12/15/2011

Address Service Requested

#BWNFTZF #URS7131369711129#

17202622
Andrew Schmidt
8 WHEAT DR
TROY IL 62294-2230

Creditor: Honda Financial Services
Account No.: 1373555802
Amount Due: $8,846.98 as of 12/15/2011
Telephone: 877-208-9904, ext 9445

United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929

*Please detach at perforation and return with your payment.*

**YOUR DELINQUENT ACCOUNT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION!!!!**

Please remit payment in full of any undisputed amount, payable to our client, in the enclosed envelope.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

We trust that your intention is to address this long overdue debt. If you wish to make payment arrangements, you can call our office 24 hours a day at 877-208-9904, Ext. 9445 so we can assist you in resolving this matter. As of the date of this letter you owe the amount stated above. Because your account may accrue interest, late charges and other charges that may vary from day to day, the amount due on the date you pay may be greater. If you pay the amount above an adjustment may be necessary after we receive your check. If so, we will contact you. For further information about your balance please call your account representative.

This communication is from a debt collector. We are required to inform you that this is an attempt to collect a debt, and any information obtained will be used for this purpose.

Sincerely,

ALVAN VELA
877-208-9904, ext 9445
United Recovery Systems, LP
P O Box 722929
Houston, TX 77272-2929

Traducción en español
al lado reverso!

If you write to us and ask us to stop communicating with you about this debt, we will, but if you owe this debt, you will still owe it and the debt may still be collected from you. If you have a complaint about the way we are collecting this debt, you may write to our Contact Center, 5800 North Course Drive, Houston, TX 77072 or call us toll-free at (800) 326-8040 between 9:00 A.M. CST and 5:00 P.M. CST Monday-Friday.

**EXHIBIT C, p. 1 of 2**

5800 North Course Drive  Houston, Texas 77072

URS00001-1215-211648806 1276

5800 North Course Drive
Houston, Texas 77072

|||||||||||||||||||||||||||||||||||||||||

12/15/2011

Address Service Requested

#BWNFTZF #URS7131369711129#

ı'ı‖ı‖‖ı‖ı‖‖‖ı‖ı‖ıı‖ı‖ıı‖‖ı‖ıı‖‖ı‖‖‖‖ı‖ı‖ı‖ı‖ıı‖‖

17202622
Andrew Schmidt
8 WHEAT DR
TROY IL 62294-2230

**UNITED RECOVERY SYSTEMS** LP
WWW.URSI.COM

Acreedor: Honda Financial Services
Cuenta No.: 137355802
Importe debido como de: 12/15/2011  $8,846.98
Para asistencia en español llame: (800) 354-4150

United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

‖ııı‖ıııᴵıᴵ‖‖ıııᴵıᴵıᴵıᴵı‖ᴵı‖ıııᴵ‖ᴵıııııᴵ‖ᴵı‖ıı‖‖

Por favor destacar al perforación y retornar còn su pago.
.............................................................................................................................................................

## NUESTRA OFICINA ESTA ENCARGADA DE COBRAR SU CUENTA EN ESTADO DELINCUENTE

Por favor remita el pago total por la cantidad acordada a nombre de nuestro cliente en el sobre adjunto.

Nuestra oficina supone que la deuda es válida a menos que usted nos notifique dentro de 30 días a partir del recibo de este aviso que usted disputa la validez de esta cuenta en su totalidad o parcialmente. Si usted notifica esta oficina en la escritura dentro del periodo de treinta-dia que la deuda, o cualquier porcion del mismo, se disputa, neustra oficina se encargara de obtener verificacion de lad deuda o de obetener una copia del fallo y de enviarle a used por correo una copia de dicho fallo o verificacion. Si usted solicita por escrito 30 días a partir del recibo de este aviso el nombre y la dirección del acreedor original de la deuda, nuestra oficina se los facilitará si no son los mismos que aparecen en esta cuenta.

Confiamos en que usted tengal la intención debera esta deuda atrasada larga. Si desea hacer arreglos para pagar la cuenta, para asistencia en español 24 horas al dia llame: (800) 354-4150, para que podamos asistirlo en este asunto. Desde la fecha de esta carta usted debe la cantidad indicada arriba. Como su cuenta sigue aumentando intereses, cargos de pagos tarde y otros gastos que pueden cambiar con el transcurso de los dias. La cantidad que usted deba en la fecha que usted decida pagar podria ser mayor. Si usted paga la cantidad indicada arriba, un ajuste podria ser necessario despues que recibamos su pago. Si es el caso nos comunicaremos con usted. Para mayor informacion sobre su balance por favor llame a su representante.

Esta comunicacion es de parte de un cobrador. Es requisito informarlo a usted de nuestra intención de cobrar la deuda y de que toda la información obtenida. Será utilizada con este propósito.

Atentamente,

ALVAN VELA
(800) 354-4150
United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

English text on other side!

Si nos escribe y pide que dejemos de comunicarnos con usted respecto a esta deuda, los haremos. Sin embargo, si usted realmente debe esta dueda, continuara debiendola y es possible que el acreedor colectar. Si tiene una queja acerca de la manera en la que estamos colectando esta dueda, usted puede escribimos a nuestro Centro de Contacto ("Contact Center"), 5800 North Course Drive, Houston, TX 77072 o puede llamarnos sin cargo alguno al (800) 326-8040 entre las horas de 9:00 A.M. tiempo central ("central time") a 5:00 P.M. tiempo central ("central time") de lunes a viernes.

**EXHIBIT C, p. 2 of 2**

5800 North Course Drive  Houston, Texas 77072

URS00001-1215-211648806 1276

## IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

ANDREW HAROLD SCHMITT )
)
     Plaintiff, )
)
vs. )    Case No. _____
)
U.S. BANK )
Serve at: )
100 E. Market Street )
Troy, IL 62294 )
And )
MELISSA TURNER )
Serve at: )
2420 Rustic Ridge Drive, Apt. E )
St. Louis, MO 63114-1629 )
And )
AMERICAN HONDA FINANCE )
CORPORATION )
Serve Registered Agent at: )
The Corporation Company )
120 South Central Avenue )
Clayton, MO 63105 )
And )
UNITED RECOVERY SYSTEMS, LP )
Serve at: )
5800 North Course Drive )
Houston, TX 77072 )
And )
MONARCH RECOVERY MANAGEMENT )
INC. )    **PLAINTIFF DEMANDS TRIAL**
Serve Registered Agent at: )    **BY A JURY OF TWELVE ON**
CT Corporation System )    **ALL CLAIMS AND ISSUES**
208 S. LaSalle Street, Suite 814 )
Chicago, IL 60604 )
And )
BOMMARITO NORTH COUNTY, INC. )
f/k/a BOMMARITO HONDA, INC. )
Serve Registered Agent, John Bommarito: )    **AFFIDAVIT**
330 Brookes Drive )
Hazelwood, MO 63042 )
)
     Defendants. )

Page 1 of 2
Andrew Harold Schmitt vs. U.S. Bank, et al.

## AFFIDAVIT

STATE OF ILLINOIS  )
         ) SS
COUNTY OF ST. CLAIR )

  David M. Duree, being duly sworn upon his oath, deposes and states:

  1.  I am the attorney for the Plaintiff in this case.

  2.  The amount claimed by Plaintiff is in excess of $50,000.00.

  3.  Further Affiant sayeth not.

_____
DAVID M. DUREE

STATE OF ILLINOIS  )
         ) SS
COUNTY OF ST. CLAIR )

  David M. Duree, known to me to be the same, appeared before me and executed the above and foregoing Affidavit in my presence this _10 th_ day of ___April___, 2013.

_____
NOTARY PUBLIC

My Commission Expires:

_4-18- 2014_

```
"OFFICIAL SEAL"
Debora M Hodskins
Notary Public, State of Illinois
My Commission Expires 4/18/2014
```

Andrew Harold Schmitt vs. U.S. Bank, et al.